UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VERONICA Y. GUDGER, )
)
Plaintiff, )
)
v. ) Civil Action No. 14-576 (RMC)
)
DISTRICT OF COLUMBIA, *et al.*, )
)
Defendants. )
)

FILED

JAN 14 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## SPECIAL VERDICT FORM

**Questions of Fact Re: Fourth Amendment Unreasonable Search Claim**

1. Has Officer Millsaps proven by a preponderance of the evidence that Veronica Gudger gave non-verbal consent to the initial entry of Officer Millsaps into Apartment #2? (If your answer is no, skip to question 3.)

   (Yes)          No

2. If your answer to question 1 was yes, has Veronica Gudger proven by a preponderance of the evidence that she rescinded her consent before allegedly committing an assault on Officer Millsaps?

   

   Ⓧ Yes          (No) [signature]

3. Has Officer Millsaps proven by a preponderance of the evidence that he conducted an investigation, such as reading and reviewing the information within the MYJUSTIS and WALES reports — including, Darryl Marable's D.C. driver's license — to determine the residence of Darryl Marable before Officer Millsaps went to Apartment #2 at 1416 Holbrook St., N.E.?

(**Yes**)          No

4. Has Veronica Gudger proven by a preponderance of the evidence that Officer Millsaps searched Apartment #2 after Veronica Gudger's arrest?

~~Yes~~          (No)