UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VERONICA Y. GUDGER
    Plaintiff

vs.                                              Civil Action: 14-576 (RMC)

DISTRICT OF COLUMBIA, et al
    Defendant

JUDGMENT ON THE VERDICT
FOR DEFENDANT

    This cause having been tried by the Court and a Jury, before the Honorable Rosemary M. Collyer, Judge presiding, and the issues having been duly tried and the jury having rendered its verdict; now therefore, pursuant to the verdict,

    IT IS ORDERED, ADJUDGED, AND DECREED that the plaintiff VERONICA Y. GUDGER take nothing on the complaint against the defendant s DISTRICT OF COLUMBIA and MICHAEL MILLSAPS.

ANGELA D. CEASAR, Clerk

Dated: 1/14/2016

By: _____
        Deputy Clerk